Alan F. MacDONALD et al.

v.

Richard M. VARS et al.

No. 79–378–A.

Supreme Court of Rhode Island.

Dec. 28, 1979.

Vernon A. Harvey, Gregory F. Fater, Newport, for plaintiffs.

Moore, Virgadomo & Lynch, Ltd., Joseph Palumbo, Jr., Newport, for defendants.

ORDER

The defendants' motion to dismiss plaintiffs' appeal is granted.

DORIS, J., did not participate.

Frank NEWMAN et al.

v.

Patrick T. BOYLE et al.

No. 79–510–M.P.

Supreme Court of Rhode Island.

Dec. 28, 1979.

Letts, Quinn & Licht, Nicholas Trott Long, Daniel J. Murray, Joseph DeAngelis, Providence, for petitioners.

DeSimone & Del Sesto Law Corporation, Herbert F. DeSimone, Gerard McG. DeCelles, Providence, for respondents.

ORDER

The petitioners' motion to quash the Superior Court injunction or in the alternative to stay the operation thereof as prayed is denied.

DORIS, J., did not participate.